**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-02141-LTB-BNB

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Plaintiff,

v.

GENERAL MOTORS CORPORATION,

    Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    Plaintiff's Unopposed Motion for Leave to File First Amended Complaint (Doc 17 - filed March 16, 2007) is **GRANTED**.  The tendered First Amended Complaint is accepted for filing.

Dated:  March 19, 2007
_____