IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02141-LTB-BNB

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

Plaintiff,

v.

GENERAL MOTORS CORPORATION,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the filing of the **Agreed Motion to Dismiss** [docket no. 28, filed October 23, 2007],

IT IS ORDERED that the Pretrial Conference set for November 1, 2007, is VACATED.

DATED:  October 24, 2007