**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   06-cv-02141-LTB-BNB

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

      Plaintiff,

v.

GENERAL MOTORS CORPORATION,

      Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Agreed Motion to Dismiss (Doc 28 - filed October 23, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:   October 24, 2007